# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:25-CV-00265-MLB-RDC

**Plaintiff: Dianne Graham**
vs.
**Defendant: Board of Regents of the University System of Georgia**

For:
Kirby Smith
The Kirby Smith Law Firm, LLC
4488 N Shallowford Rd
Ste 105
Atlanta, GA 30338

Received by Ancillary Legal Corporation on the 20th day of February, 2025 at 4:20 pm to be served on **Board of Regents of the University System of Georgia c/o Vice Chancellor of Legal Affairs, Christopher McGraw, 270 Washington St SW, Atlanta, GA 30334**.

I, Michael Rivers, being duly sworn, depose and say that on the **25th day of February, 2025** at **11:00 am, I:**

served Board of Regents of the University System of Georgia c/o Vice Chancellor of Legal Affairs, Christopher McGraw by delivering a true copy of the **Summons, Complaint** to: **Christopher McGraw** as **Registered Agent** at the address of: **270 Washington St SW, Atlanta, GA 30334** on behalf of **Board of Regents of the University System of Georgia**

**Additional Information pertaining to this Service:**
2/25/2025  11:00 am  Perfected corporate service at 270 Washington St SW Atlanta, GA 30334. Served Christopher McCraw, Vice Chancellor of Legal Affairs.

**Description** of Person Served: Age: ~58, Sex: M, Race/Skin Color: White, Height: ~6'1", Weight: 200, Hair: Grey, Glasses: Y

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 26th day of February, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

Michael Rivers
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2025003148
Ref: Graham

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b