# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DIANNE GRAHAM, | |
| Plaintiff, | NO. 1:25-cv-00265-MLB-RDC |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Plaintiff Dianne Graham and Defendant Board of Regents of the University of Georgia.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected

by the outcome of this particular case: None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: Kirby G. Smith and Rachel Canfield, The Kirby G. Smith Law Firm LLC, Attorneys for Plaintiff; Christopher M. Carr, Bryan K. Webb, Katherine P. Stoff, and Shelley S. Seinberg, Attorney for Defendant.

Respectfully submitted this 20th day of March, 2025.

                                                THE KIRBY G. SMITH LAW FIRM, LLC

                                                s/Kirby G. Smith
                                                Kirby G. Smith
                                                Georgia Bar No. 250119

4488 North Shallowford Road
Suite 105
Atlanta, GA  30338
Phone: 844-454-7529
Fax: 877-352-6253
kgs@kirbygsmith.com

## **FONT AND POINT CERTIFICATION**

The Undersigned counsel for Plaintiff certifies that the within and foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

Respectfully submitted this 20th day of March, 2025.

                         THE KIRBY G. SMITH LAW FIRM, LLC

                         s/Kirby G. Smith
                         Kirby G. Smith
                         Georgia Bar No. 250119

4488 North Shallowford Road
Suite 105
Atlanta, GA  30338
Phone: 844-454-7529
Fax: 877-352-6253
kgs@kirbygsmith.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANNE GRAHAM, | |
| Plaintiff, | NO. 1:25-cv-00265-MLB-RDC |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | JURY TRIAL DEMANDED |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of March, 2025, I have electronically filed the foregoing PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS using the Court's ECF system, thereby ensuring service upon all counsel of record.

Respectfully submitted,

                        s/Kirby G. Smith
                        Kirby G. Smith

The Kirby G. Smith Law Firm, LLC
4488 North Shallowford Road Suite 105
Atlanta, GA  30338
Phone: 844-454-7529
Fax: 877-352-6253
kgs@kirbygsmith.com

4.